JENNIFER LE FEUVRE,

                    Plaintiff,

v.

SCHEDULE A DEFENDANTS,

                    Defendants.

Civil Action No. 26-cv-1210

(Judge Stickman)

**JOINT MOTION TO EXTEND TIME TO OPPOSE THE TRO AND PRELIMINARY INJUNCTION MOTION AS TO CERTAIN DEFENDANTS**

Counsel for Plaintiff Jennifer Le Feuvre ("Le Feuvre" and counsel for Defendant Nos. Nos. 21 (naturequeen.com), 31 (lovessales.com), 88 (hippiesale.com), 100 (okaswimwear.com), and 123 (freehippiespirit.com) ("Appearing Defendants") hereby jointly move to extend the time for the Appearing Defendants to oppose the preliminary injunction motion and temporary restraining order, which will remain in effect as to the Appearing Defendants until July 17, 2026, and re-set the briefing schedule as to the Appearing Defendants.

The hearing on Le Feuvre's Motion for Preliminary Injunction is currently set for Monday, June 22, 2026. The Appearing Defendants are the only defendants that have entered appearances in this matter, and granting this motion will permit the hearing to go forward as scheduled as to the non-appearing defendants and to allow for the Court to schedule a separate hearing as to the Appearing Defendants.

A proposed Order is submitted herewith.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Respectfully submitted,

| | |
|---|---|
| /s/ Stanley D. Ference III | /s/ Cecilia R. Dickson |
| Stanley D. Ference III | Cecilia R. Dickson (PA ID No. 89348) |
| Pa. ID No. 59899 | cdickson@webblaw.com |
| courts@ferencelaw.com | |
| | Kent E. Baldauf, Jr. (PA ID No. 70793) |
| FERENCE & ASSOCIATES LLC | kbaldaufjr@webblaw.com |
| 409 Broad Street | |
| Pittsburgh, Pennsylvania 15143 | Bryan P. Clark (PA ID No. 205708) |
| (412) 741-8400 – Telephone | bclark@webblaw.com |
| (412) 741 9292 – Facsimile | |
| | THE WEBB LAW FIRM |
| Attorneys for Plaintiff | One Gateway Center |
| | 420 Ft. Duquesne Blvd., Suite 1200 |
| | Pittsburgh, PA 15222 |
| | 412.471.8815 |
| | 412.471.4094 (fax) |
| | |
| | Attorneys for Appearing Defendants |

Dated: June 19, 2026