IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JENNIFER LE FEUVRE, | Civil Action No. 2:26-cv-1210 |
| Plaintiffs, | Hon. William S. Stickman IV |
| v. | |
| LIUNIAN888, *et al.*, | |
| Defendants. | |

## ORDER

AND NOW, this **20** day of July, 2026, upon agreement of counsel, it is hereby ordered that Paypal, Inc. shall maintain a restraint of a total of Seventy-Five Thousand ($75,000.00) of funds collectively in the PayPal accounts of Defendant Nos. 21 (naturequeen.com), 31 (lovesoles.com), 88 (hippiesale.com), 100 (okaswimwear.com), and 123 (freehippiespirit.com), which shall remain restrained until further order of this Court. The restraint on all other funds in these Defendants' accounts, outside the Seventy-Five Thousand Dollars ($75,000.00) collectively held across their accounts, is hereby lifted;

IT IS FURTHER ORDERED that Plaintiff shall have fourteen days to submit reply papers on her motion for preliminary injunction; and

IT IS FURTHER ORDERED that a hearing will be set if the Court determines one is necessary.

BY THE COURT:

WILLIIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE