*Case No. 2:26-cv-01210-WSS*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JENNIFER LE FEUVRE,
*Plaintiff,*

**Civil Action No. 2:26-cv-01210-WSS**
Hon. William S. Stickman IV

v.

SCHEDULE A DEFENDANTS,
*Defendants.*

_____ /

### DECLARATION OF [DECLARANT NAME]
### IN SUPPORT OF DEFENDANT PRINCESSACE.COM'S
### MOTION TO VACATE CLERK'S ENTRY OF DEFAULT

I, _Yuheng Pang_ , declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am over the age of eighteen (18) years and competent to make this Declaration. I am [title/position, e.g., the owner / authorized representative / principal] of Defendant Princessace.com ("Defendant"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  Defendant is an overseas entity based in the People's Republic of China. I reside and conduct business in China. English is not my native language, and I have limited proficiency in English. All communications regarding this lawsuit have required translation and interpretation.

3.  Upon learning of this lawsuit, Defendant faced significant practical difficulties in locating and retaining qualified legal counsel who (a) is eligible to practice before the United States District Court for the Western District of Pennsylvania, and (b) is fluent in Mandarin Chinese so that I could effectively communicate and provide instructions. These difficulties, combined with the geographic distance and language barrier, caused substantial delay in retaining counsel.

Page 1 of 3

*Case No. 2:26-cv-01210-WSS*

4.   While searching for counsel, Defendant was actively engaged in good-faith settlement negotiations with Plaintiff (through Plaintiff's counsel). Based on those ongoing discussions, I reasonably believed that the parties were working toward a resolution and that a formal response to the Complaint was not immediately necessary to avoid default.

5.   As soon as Defendant retained undersigned counsel, counsel promptly moved for admission pro hac vice (ECF No. 70) and prepared the present Motion to Vacate Clerk's Entry of Default. Defendant is prepared to defend this action on the merits without further delay.

6.   With respect to the accused products at issue in this case:

    a.  Defendant made no sales of the accused products into the Commonwealth of Pennsylvania. Defendant has no records of any orders, shipments, or sales directed to addresses within Pennsylvania.

    b.  Limited sales of the accused products occurred elsewhere in the United States and in other countries.

    c.   The accused products were first listed for sale on or about June 20, 2024, and were delisted / removed from sale on or about March 30, 2026.

7.   Defendant did not willfully infringe any rights of Plaintiff. Any images or designs at issue were publicly available online. Defendant independently created or obtained the designs from independent sources and did not copy Plaintiff's work.

8.   With respect to the copyright registration identified as VA 2-396-033 (claimed first publication in South Africa):

    a.  Defendant had no access to Plaintiff's claimed publication in South Africa.

    b.   Defendant independently created or sourced the designs at issue from publicly available materials online and from independent design processes.

Page 2 of 3

*Case No. 2:26-cv-01210-WSS*

c.   Defendant will present evidence of independent creation / independent source at the appropriate stage of this litigation.

9.   I understand that Plaintiff's copyright registration VA 2-396-033 allegedly claims first publication in 2014 but was not registered until 2024. Defendant reserves all rights and defenses arising from the timing of registration, including with respect to eligibility for statutory damages and attorneys' fees.

10.  The facts stated in this Declaration are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026, at _Shen Zhen city_, China.

_Yuheng Fang_   The owner
[Declarant Full Name]
[Title / Position]
Princessace.com