IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JENNIFER LE FEUVRE,

                Plaintiff,                    Civil Action No. 26-cv-1210

v.                                    (Judge Stickman)

SCHEDULE A DEFENDANTS,

                Defendants.

## ORDER

AND NOW, this ____ day of ____, 2026, IT IS HEREBY ORDERED that the motion to dismiss by Defendants Nos. 21 (naturequeen.com), 31 (lovessales.com), 88 (hippiesale.com), 100 (okaswimwear.com), and 123 (freehippiespirit.com) is GRANTED.

BY THE COURT:

                _____

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE