IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LE FEUVRE,<br><br>Plaintiff,<br>v.<br><br>LIUNIAN888, et al.,<br><br>Defendants. | Civil Action No. 26-cv-1210<br><br>(Judge Stickman) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 15 | icecec.com |
| 23 | verymoon.com |
| 35 | yellowf.com |
| 46 | nounuo.com |
| 69 | aoxika.com |
| 101 | shelery.com |
| 107 | funiya.com |

with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed without a court order under Rule 41(a)(1)(A)(i).

[SIGNATURE APPEARS ON FOLLOWING PAGE]

Respectfully submitted,

Dated: August 11, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff