IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LE FEUVRE,<br><br>Plaintiff,<br><br>v.<br><br>LIUNIAN888, et. al.,<br><br>Defendants. | Civil Action No. 26-cv-1210<br><br>(Judge Stickman) |

**JOINT STATUS REPORT**

Plaintiff Jennifer Le Feuvre ("Le Feuvre") and Defendant Nos. 21, 31, 88, 100, and 123 (the "Opposing Defendants") submit this joint status report to advise the Court Le Feuvre and the Opposing Defendants have reached a settlement in principle. Once the settlement is concluded, the appropriate documents will be filed in due course.

The Opposing Defendants have opposed Le Feuvre's motion for a preliminary injunction. (ECF No. 46.) Le Feuvre's reply in support of her motion is currently due August 13, 2026. (ECF No. 84.) Le Feuve and the Opposing Defendants jointly request that further briefing on Le Feuvre's motion for a preliminary injunction be held in abeyance given the settlement in principle.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff

s/ Michael T. Griggs
Michael T. Griggs (pro hac vice)
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
mtg@boylefred.com

Cecilia R. Dickson (PA ID No. 89348)
Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
cdickson@webblaw.com
kbaldaufjr@webblaw.com
bclark@webblaw.com

Attorneys for Defendant Nos.
21, 31, 88, 100, and 123

Dated: August 13, 2026